Good morning. My name is Tim Sumner. I represent the Pacific Seafood Group, and this is the Seafood Group in action. I'm going to try to reserve five minutes for a rebuttal. For today, this appeal is about the interpretation and enforcement of the requirements for a settlement agreement between these two parties, or groups of parties. In 2012, the two groups disagreed. They should not have one candidate to see the lawsuit after years of specification and a lengthy mediation process before them to settle a charge. The whole vote, and this court approved settlement, included the key terms that Pacific Seafood seeks to enforce today. Of course, Pacific Seafood agreed that it would never renew its share to the expiration of its chosen goals, and would, similarly, continue its responsibility to enforce the terms and conditions of the agreement. But, you know, the parties who might be in agreement as a solution for this agreement are opening brief on the motion to confirm the transaction issue of H.S. 466. We want to highlight some details of all the different points and the key flavor between these two companies. Judge Boehner, in the underlining of the first action and waiving case, referred to the two parties' setting as varied operations, and that's what they have. Each of them are taking different activities, and it's still fair that it's not back in. I think it's easy for us to move the definition of what is such a new venture. So, Pacific Seafood and OCO agree that it would never renew that term of venture that's set to expire in February of 2016, but the parties contemplated and knew that Pacific Seafood and OCO might negotiate a new agreement to replace the expiry of H.S. 466, and the parties agreed that even that new agreement had to attempt to be resolved in a different way, and it would not be a dual, multi-year interest hedge over that new agreement. But the parties thought it was sad, and the federal judge, Michael Hogan, was for an alternative dispute resolution process, and it's detailed in paragraph 3A of that agreement, and that's where I think it's important to do that. Enforce the parties' bargain. Enforce paragraph 3A. In all these cases, arbitration is one of the easiest steps. I don't think I've ever seen a case where the parties get together to finalize an arbitration. One case I'm able to look at is a court-service-based committee in the Mississippi, which is judge Hogan. I think he's in the Bahamas. I think that's his name. The thing is, you need to read the whole agreement to get on that. But the parties were not choosing judge Hogan. They were choosing a past judge. This is a judge Hogan. So they changed what they proposed to have as co-contentment. Okay. That's used at that determination. But we submit the parties we're doing to that mediator. We're working with them to make sure that they trust it. Judge Hogan is one that needs to be there. Judge Hogan's not the assistant judge. He's not the assistant court judge. He's not the assistant court judge. He's not the assistant court judge. Judge Hogan's not the assistant judge. This is a sign that you're asking me to agree. And the two most important points that we brought up as far as the objectors of this case in mind, that is the determination of whether you believe that he is a user, that the parties have gotten their answers, whether that's in your agreement, or if you approve that's between the parties, it would be legal for the parties. Now, I don't think the question is whether in your agreement, it's a court-service-based committee. I don't think it's a court-service-based committee. I don't think it's a committee that is involved in the case of antitrust. I don't think it's a committee that is involved in the case of antitrust. I think it's more that those anti-antitrust acts, I think, are self-contained or not self-contained. What the parties were deciding here was that the appeals would be committed in a very favorable contract rate in the future. They would not have to show antitrust injury. They would not have to bring a full-blown antitrust act in the future. I don't think there's a challenge in your agreement, through this appeal process, and either there's a case decision or there's a court-service-based committee. So, I don't think the question is whether in your agreement, it's a court-service-based committee, or it's a committee that's serving antitrust charges, I think the question is, in the actual letter, whether this agreement could be approved or not approved. So, the question is, I don't know just under what criteria, under if there are agreed upon contractual criteria, which is whether the agreement was approved or not approved, and so on and so forth. So, you're saying that your family, in antitrust, has to go through a specific decision. The parties agree. The question is, is there a rule for determining if an appeal is a contractual act? It's called a contractual act. That's correct. That's what the parties agreed. They were going to focus on one element, and they decided that if they knew this was not going to happen, that there may be a new agreement to enforce these contractual agreements, but the parties did not want to get involved, be allowed to. So, rather than not address that issue in a court-approved settlement agreement, they decided, we're going to do this separately. We're going to submit the endorsement. We're going to provide notice to the plaintiffs. We're going to provide an opportunity to a judge. We're going to submit a policy to the named decision-maker, who is not serving as a federal judge, because they agreed with your honor that you can't take the federal judge, but they weren't taking the indecisive federal judge. They were putting him beside the scenario questions that the parties anticipated would come up. So, then, what the argument is, is how do we judge a 3A, and how do we judge a 4A? In any event, the Supreme Court motioned, oh, in our agreement, it requires specifics of the group to act as the exclusive marketer, and this is required for this motion. And then you can notice, as I think you saw that, there's not this new proposed business agreement. It's not one that even mentions the exclusive marketer. It's a jurisprudential merger on its side. That leads to the next question, which is, what is the scope of the agreement as the parties agree? And there's going to be submissions under this process, and the parties, again, they could have used very narrow languages, and you could have said, this is market agreement versus market agreement only, but looking back at the background, this is too much of an agreement. Are you just using market agreement? Many of the other cases, the parties have reached mutually, and since the parties used broad language, they said, any new agreement, meaning any, regardless of the scope, whether it's an exclusive agreement, whether it's an exclusive venture agreement, whether it's an exclusive market agreement, all the agreements, all those people have to come up with an agreement, which I'm not going to mention. So that's a new agreement, which is a new move that requires a specific group, which is the exclusive marketer, and this is a 16-member group. It's a very simple group. There's no team that's going to be required, but there's a specific group that's going to exist, and a specific marketer, and it's a very simple group. And the parties, this is pretty simple, it's straightforward. When a company acquires a new company, it acquires all aspects of that company, and so it's a marketer. It's a marketer.  It's a marketer. It's a marketer. It's a marketer. It's a marketer. It's a marketer. That's true. So it really doesn't matter culturally.  It doesn't matter the current business market. We're going to deploy it. Every company is going to be hard-pressed to say that we encourage alternative barriers. A 16-peak partner is going to irritate an informed individual and we throw them into a third party as well. The company is so study professional.  this is something that we couldn't even do with a week early, and we're not going to do that with a week early. We're going to be students. And I think it's also interesting that the latest piece of research we've seen is that this transaction breach of paragraph 3A is a student breach of confidentiality and you can't do this proposed transaction if it breaches the paragraph 3A. And there's a lot of talk about how you can change the position of children and how it has to go to work. We are the students. We are the students. But there's no question that the party's understood that this type of breach of confidentiality in paragraph 3A, and you couldn't simply do that after this complaint is filed, that you could avoid this if confidentiality is being matched or it's in your agreement. We gave an example of a case of a contract where a state citizen could breach to require all of the after promotional period. For this substance, that agreement does not say, oh, Anne, the secrecy group is going to sell all of that. That's the effect of the transaction. Parties define this term and define all of the agreements that are governed by the 3A process. These are not defined by the form of the agreement. They're defined by the effect of the agreement. And a lot of these types of products are opposed to the referral to arbitration since five years ago, but they're ones you wanted to have for a multi-year relationship. I mean, we can spend a year on it. I don't know. I don't know why they're opposed to this. They gave us a fair remedy in front of many decision-makers in an iteration of, is this a commitment that's open-ended or not? Can it be approved or not? That is the part, that is the price to raise. We all have frozen cash money. We all have it. It's great. Well, you might say, well, for example, even with the trust clause, this ability to get a jury speech, there's a lot of other topics, but when it's in this contract, it's a much simpler, easier process. There's those options now that you can build on that process. So, I'd like to quickly turn to, and we'll take up some of your time to answer a few of the questions about the contract. We also asked this before the meeting, what is an unnecessary preliminary injunction? And the Claim Act is clear that to give a preliminary injunction or order one, it must be a clear statement that the danger of the record of loss or damage is immediate. That's why you're supposed to sanction. And what the district judge tells here is that there was a history of action or to incur, that it was substantially less competition and you can find out what that was here to fix the record. But the order is completely silent on whether this transaction was immediate. And what the record was, is that it was not immediate in any way to succeed in what it was doing. It was walking through the read-along process  in December of 2014. They waited five to six weeks until it was also evaluated, the transaction. They got word in January of 21 that the plaintiff subjected to the transaction. That same day, before a lawsuit was filed, the plaintiff said, excuse me, I have a motion vote and it's in the record. And here, in 2025, if a unified motion vote of the transaction is on hold, the plaintiff's objections can be resolved. The council also submitted an email to a former judge, Michael Folk, attempting to see this issue up. Today, the lawsuit is filed. The CRO entered. The Pacific City terminates the transaction. The Pacific City submits evidence to the district court that this transaction cannot be reconstituted for under two months. They will even agree to put another 60 days notice if this transaction is put back online. And on that record, the city's middle base is reported to be the extraordinary chair temporary police of the Plenary Institution of the American Plenary Institution of the American-American System. Finally, finally and first, I just want to remind you, judges, this is a fairly multidisciplinary issue. We've talked about the overall of the Plenary Institution. For example, the Plenary Institution will give us 80 further acts to require an on-point on the overall of the institution. If the parties talk about it, the Pacific City motion vote will exactly be set in the preliminary negotiations discussions in terms of evaluating what kind of new agreement will replace the expiring contract agreement. So, just to go over that for the party, Lori, and I, I'm just getting that to you. Because your terminated injunction means our case is closed. Well, that issue was raised with the Supreme Court. That issue is not a larger contention. As community members,   going to be able to settle it. Well, you know, if the case goes to the appropriate signature of the master judge orders, I think we'll be certain that there's nothing here to be accepted. I think that the issue needs to come up with a summary  of          come up  summary of what the case is. I think that the case needs to come up with a summary of what the case is. And I think it's important that we  a summary of  the case is. And I think that the case is important that we have a summary of what the case is. And I think it's important that we have a summary of the case. And I think that of the case. And  think I think that the  is the case. And  think that the case is important that we    of the case. And  summary  the case. And I summary of  case. And I think that the case is  that we we have a summary  the case. And the case.    that the   important that we
judges: Tashima, Gilman, Bea